FILED: May 29, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2477 (L)
(5:10-cv-00493-BO)

_____

VICKY T. BENNETT

       Plaintiff - Appellee

v.

CSX TRANSPORTATION, INCORPORATED

       Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 06/12/2013

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk