FILED: June 11, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2477 (L)
(5:10-cv-00493-BO)

_____

VICKY T. BENNETT

  Plaintiff - Appellee

v.

CSX TRANSPORTATION, INCORPORATED

  Defendant - Appellant

_____

O R D E R

_____

  The law firm of Pierce, Herns, Sloan & Wilson, LLC, has filed a motion to correct the docket to show the firm as intervenor-appellee represented on appeal by Joseph C. Wilson, IV, and Robert H. Sasser, III.  The potential intervenor-appellee has also moved to file a separate response brief of no more than five pages.

  Neither the appellant nor the appellee opposes the motion, although appellant notes that this Circuit has not resolved whether former counsel for a party has a right to intervene based solely on its interest in recovering attorneys' fees.

The firm of Pierce, Herns, Sloan & Wilson, LLC, is added to the docket as a potential intervenor-appellee, and counsel are directed to enter their appearance and file a disclosure statement on behalf of the firm. The court will provisionally accept the law firm's separate response brief of no more than five pages, subject to decision by the merits panel on whether to consider the brief.

                                                  For the Court

                                                  /s/ Patricia S. Connor, Clerk